1  ANOUSH HAKIMI (State Bar No. 228858)
   anoush@handslawgroup.com
2  PETER SHAHRIARI (State Bar No. 237074)
   peter@handslawgroup.com
3  **H&S LAW GROUP, PLC**
   7080 Hollywood Blvd., Suite 804
4  Los Angeles, CA 90028

5  Telephone: (323) 672 - 8281
   Facsimile: (213) 402 - 2170
6

7  Attorneys for Plaintiff,
   **WILLIAM BERRY**

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| WILLIAM BERRY, | Case No.: 2:20-cv-01863-DMG-DFM |
|---|---|
| Plaintiff, | |
| v. | **JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS** |
| RAJESH B. BERA, AN INDIVIDUAL; RANJAN R. BERA, AN INDIVIDUAL; SABINA R. BERA, AND INDIVIDUAL, RISHA R. BERA, AN INDIVIDUAL; AND DOES 1-10, | |
| Defendants. | [Fed. R. Civ. P. Rule 41(a)(2)] |

IT IS HEREBY STIPULATED by and between the Plaintiff William Berry on the one hand, and Defendants Rajesh B. Bera, Ranjan R. Bera, Sabina R. Bera, and Risha R. Bera, on the other hand, by themselves and/or through their respective attorneys of record that, pursuant to Federal Rules of Civil Procedure, Rule 41 (a)(1) and (2), this Court enter a dismissal with prejudice of Defendant Rajesh B. Bera, Ranjan R. Bera, Sabina R. Bera, and Risha R. Bera, from

Plaintiff's Complaint, Case Number 2:20-cv-01863-DMG-DFM. The parties herein reached settlement of the present action.

      Since no Defendants shall remain in this action, Plaintiffs request that Plaintiff's Complaint be dismissed with prejudice in its entirety. Each party will be responsible for their own fees and costs.

**IT IS SO STIPULATED.**

Dated: July 27, 2020        **H&S LAW GROUP, PLC**

By: /s/Peter Shahriari
     Peter Shahriari, Esq.
     Attorneys for Plaintiff, William Berry

Dated: July 27, 2020        **GARCIA & PHAN, A P**ROF**. L**AW **C**ORP**.**

By: /s/Juan D. Garcia
     Juan D. Garcia, Esq.
     Attorney for Defendants, Rajesh B. Bera, Ranjan R. Bera, Sabina R. Bera, Risha R. Bera