# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM BERRY,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>RAJESH B. BERA, an individual;<br>RANJAN R. BERA, an individual;<br>SABINA R. BERA, and individual,<br>RISHA R. BERA, an individual; and DOES 1-10,<br><br>　　　　　Defendants. | Case No.: CV 20-1863-DMG (DFMx)<br><br>**ORDER RE DISMISSAL OF ACTION WITH PREJUDICE [39]** |

　　　Pursuant to Fed. R. Civ. P. 41, and based on the joint stipulation of the parties,

　　　IT IS HEREBY ORDERED THAT Plaintiff William Berry's action against Defendants Rajesh B. Bera, Ranjan R. Bera, Sabina R. Bera, and Risha R. Bera is dismissed with prejudice.  Each party will bear their own fees and costs.

DATED:  August 10, 2020

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE